COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-283-CV

IN RE ALLEN FITZGERALD CALTON RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.
(footnote: 2)  Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL A:  DAUPHINOT, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED:  August 24, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.

2:
See
 
In re McAfee
, 53 S.W. 3d 715, 718 (Tex. App. – Houston [1
st
 Dist.] 2001, orig. proceeding) (providing that applicant may seek mandamus relief from Court of Criminal Appeals).